In the Matter of the Claim of HOWARD L. JEWELL, Appellant.

(Submitted June 5, 1883 ; decided June 12, 1883.)

*William D. Whitney* for appellant.

*John C. Keeler* for Attorney-General.

Agree to affirm ; no opinion.

All concur.

Order affirmed.

---

THE ATTORNEY-GENERAL *v.* THE CONTINENTAL LIFE INSURANCE COMPANY.

In the Matter of the Claim of DOLLNER, POTTER & Co., Appellant.

(Submitted June 5, 1883 ; decided June 12, 1883.)

*Jesse K. Furlong* for appellant.

*John C. Keeler* for Attorney-General.

Agree to affirm ; no opinion.

All concur.

Order affirmed.